District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XU LI and BRIGHT LIFE INTERNATIONAL INC.,<br><br>Plaintiffs,<br>v.<br><br>ALEJANDRO MAYORKAS and UR MENDOZA JADDOU,<br><br>Defendants. | Case No. 2:23-cv-01931-MJP<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>January 23, 2025 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings for 120 days. Plaintiffs bring this litigation pursuant to the Administrative Procedure Act to challenge U.S. Citizenship and Immigration Services ("USCIS") denial of the Form I-140 filed on Plaintiff Xu Li's behalf as erroneous, arbitrary and capricious and contrary to law. For good cause, the parties request that this case be stayed through May 23, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION
[Case No. 2:23-cv-01931-MJP] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1   control the disposition of the causes on its docket with economy of time and effort for itself, for
2   counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3   P. 1.

4   With additional time, this litigation may be resolved in its entirety.  Plaintiffs intend to
5   withdraw their pending Form I-140, Petition for Alien Worker, cure deficiencies and re-file a Form
6   I-140 using premium processing that allows USCIS to process the application within a 45-day
7   processing timeframe.[1]  USCIS will consider this new application and supporting evidence
8   separately from the Form I-140 at issue in this litigation.  Once USCIS issues a decision, Plaintiffs
9   agree to voluntarily dismiss this litigation.

10  Additional time is required to allow these steps to be completed.  Therefore, the parties
11  believe good cause exists to stay this proceeding for 120 days, to save the parties and the Court
12  from spending unnecessary time and judicial resources on this matter.  Accordingly, the parties
13  jointly stipulate and request that the Court stay these proceedings through May 23, 2025.  The
14  parties will submit a joint status report on or before May 23, 2025.

16  //

18  //

20  //

---

[1] *See* USCIS.gov, How Do I Request Premium Processing? *available at* https://www.uscis.gov/forms/all-forms/how-do-i-request-premium-processing (last accessed Jan. 23, 2025).

STIPULATED MOTION                                            UNITED STATES ATTORNEY
[Case No. 2:23-cv-01931-MJP] - 2                             1201 PACIFIC AVE., STE. 700
                                                             TACOMA, WA 98402
                                                             (253) 428-3800

//

DATED this 24th day of January, 2025.

        Respectfully submitted,

        TESSA M. GORMAN
        United States Attorney

        *s/ Michelle R. Lambert*
        MICHELLE R. LAMBERT, NYS #4666657
        Assistant United States Attorney
        United States Attorney's Office
        1201 Pacific Avenue, Suite 700
        Tacoma, WA 98402
        Phone: (253) 428-3824
        Fax:    (253) 428-3826
        Email:  michelle.lambert@usdoj.gov
        *Attorneys for Defendants*

        *I certify that this memorandum contains 326 words, in compliance with the Local Civil Rules.*

        *s/ Dima N. Malhas*
        DR. DIMA N. MALHAS, WSBA#44370
        Chung, Malhas & Mantel, PLLC
        1037 NE 65th Street, Ste. 80171
        Seattle, Washington 98115
        Phone: 206-264-8999
        Email:  dmalhas@cmmlawfim.com

        *s/ Edward C. Chung*
        EDWARD C. CHUNG, WSBA#34292
        Chung, Malhas & Mantel, PLLC
        1037 NE 65th Street, Ste. 80171
        Seattle, Washington 98115
        Phone: 206-264-8999
        Email:  echung@cmmlawfirm.com
        *Attorneys for Plaintiffs*

STIPULATED MOTION
[Case No. 2:23-cv-01931-MJP] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before May 23, 2025.

DATED this 24th day of January, 2025.

_____
MARSHA J. PECHMAN
United States District Judge

STIPULATED MOTION
[Case No. 2:23-cv-01931-MJP] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800