District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XU LI and BRIGHT LIFE INTERNATIONAL INC.,<br><br>                        Plaintiffs,<br>v.<br><br>KRISTI NOEM, *et al.*,[1]<br><br>                        Defendants. | Case No. 2:23-cv-01931-MJP<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>May 8, 2025 |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through July 22, 2025. Plaintiffs bring this litigation pursuant to the Administrative Procedure Act to challenge U.S. Citizenship and Immigration Services ("USCIS") denial of the Form I-140 filed on Plaintiff Xu Li's behalf as erroneous, arbitrary and capricious and contrary to law. This case is currently stayed through May 23, 2025. Dkt. No. 20.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Secretary Kristi Noem for Alejandro Mayorkas, and Senior Official Performing the Duties of Director Kika Scott for Ur Mendoza Jaddou.

STIPULATED MOTION
[Case No. 2:23-cv-01931-MJP] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1       Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

      With additional time, this litigation may be resolved in its entirety. As previously reported, Plaintiffs intend withdraw their pending Form I-140, Petition for Alien Worker, cure deficiencies and refile a Form I-140. USCIS will consider this new application separately from the Form I-140 at issue in this litigation. Once USCIS issues a decision, Plaintiffs agree to voluntarily dismiss this litigation.

      Plaintiffs require additional time to re-file the Form I-140. Therefore, the parties believe good cause exists to continue to stay this proceeding, to save the parties and the Court from spending unnecessary time and judicial resources on this matter. Accordingly, the parties jointly stipulate and request that the Court continue to stay these proceedings through July 22, 2025. The parties will submit a joint status report on or before July 22, 2025.

//

//

//

//

STIPULATED MOTION
[Case No. 2:23-cv-01931-MJP] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 20th day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney<br><br>*s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | CHUNG, MALHAS & MANTEL, PLLC<br><br><br>*s/ Dima N. Malhas*<br>DR. DIMA N. MALHAS, WSBA#44370<br>Chung, Malhas & Mantel, PLLC<br>1037 NE 65th Street, Ste. 80171<br>Seattle, Washington 98115<br>Phone: 206-264-8999<br>Email:  dmalhas@cmmlawfim.com<br>*Attorneys for Plaintiffs* |

*I certify that this memorandum contains 294 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION
[Case No. 2:23-cv-01931-MJP] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The Parties having stipulated and agreed, it is hereby ORDERED that this proceeding is stayed until July 22, 2025.  The Parties shall file a joint status report on or before July 22, 2025.

DATED this 20th day of May, 2025.

_____
MARSHA J. PECHMAN
United States District Judge

STIPULATED MOTION
[Case No. 2:23-cv-01931-MJP] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800