District Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| XU LI, *a citizen of the People's Republic of China* and BRIGHT LIFE INTERNATIONAL, INC., *a Washington State Corporation*,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *in his official capacity as Secretary of the United States Department of Homeland Security and* UR MENDOZA JADDOU, *Director of the United States Citizenship and Immigration Services*<br><br>Defendants. | CASE NO.: 2:23-CV-01931-MJP<br><br>[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF PLAINTIFFS' LEGAL COUNSEL |

**THIS MATTER** came before the Court on the Motion of Dr. Dima N. Malhas and the law firm of CHUNG, MALHAS & MANTEL, PLLC ("CMM") Stipulated Motion to withdraw as legal counsel for Plaintiffs Xu Li and Bright Life, Inc. The Court, having reviewed the Motion, the Declaration of Counsel, and all pleadings and records on file herein, and being fully advised **FINDS** that good cause exists for the withdrawal of counsel pursuant to LCR 82.3 and RPC 1.16, and that Plaintiffs have been given sufficient notice of the motion and an opportunity to obtain substitute counsel;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Dima N. Malhas and counsel of the law firm of Chung, Malhas & Mantel, PLLC are hereby authorized to withdraw as legal counsel for Plaintiffs, Xu Li and Bright Life, Inc.

2. Plaintiffs shall be solely responsible for complying with all future deadlines, appearances, and filings in this matter unless and until substitute counsel appears.

3. All future pleadings, notices, and correspondence shall be served directly upon Plaintiffs at the following addresses unless substitute counsel appears:

[~~PROPOSED~~] ORDER - PAGE 1 OF 2

CHUNG, MALHAS & MANTEL, PLLC
1037 NE 65TH Street, Suite 80171
Seattle, Washington 98115
Phone: (206) 264-8999 ♦ Facsimile (206) 264-9098

**BRIGHT LIFE INTERNATIONAL, INC.**
**16150 NE 85TH ST STE 107**
**REDMOND, WA, 98052-3540, UNITED STATES**
Dr. Li Xu: jeff_lixu@sina.cn
Dr. Daniel Zhang: dzhang@anylabtestnow.com

Dated: August 4, 2025

*[signature]*

Judge Marsha J. Pechman

[PROPOSED] ORDER - PAGE 2 OF 2

CHUNG, MALHAS & MANTEL, PLLC
1037 NE 65TH Street, Suite 80171
Seattle, Washington 98115
Phone: (206) 264-8999  ♦  Facsimile (206) 264-9098