1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| XU LI and BRIGHT LIFE INTERNATIONAL INC., Plaintiffs, v. KRISTI NOEM, et al., Defendants. | Case No. 2:23-cv-01931-TMC ORDER DISMISSING PLAINTIFF XU LI WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

On September 11, 2025, Judge Pechman limited Plaintiffs' request for an extension, noting the case had been "held in abeyance since April 2024 to allow Plaintiffs to file a new Form I-140, Petition for Alien Worker." Dkt. 31 at 2. Judge Pechman required that, within 60 days, Plaintiffs either (1) submit a new Form I-140 and provide the Court with evidence of the submission via a sworn affidavit; or (2) show good cause as to "why they have failed to submit the application for months despite multiple continuances and assurances that the submission would be forthcoming." *Id*.

Dr. Xu Li is the only remaining plaintiff in this matter after the Court dismissed Bright Life International for its failure to obtain substitute corporate counsel. Dkt. 33. The 60-day deadline has passed, and Dr. Li has not submitted proof of a new Form I-140 nor shown good

ORDER DISMISSING PLAINTIFF XU LI WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE - 1

cause as to his delay. Accordingly, the Court DISMISSES Dr. Li's claims without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b) (allowing for involuntary dismissal for failure to prosecute or failure to comply with the federal rules or court orders); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (courts may dismiss cases sua sponte pursuant to Rule 41(b) for failure to prosecute); *Oliva v. Sullivan*, 958 F.2d 272, 274 (9th Cir. 1992) ("The district judge has an obligation to warn the plaintiff that dismissal is imminent."). Judge Pechman's order gave sufficient warning to Dr. Li that this case would be dismissed without prejudice if he did not move it forward.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 12th day of November, 2025.

Tiffany M. Cartwright
United States District Judge